IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-00845-CNS-SBP

**KACEY EBERSOLE,** *individually and on behalf all similarly situated persons*,

       **Plaintiffs,**

v.

**DILLON COMPANIES, LLC,**

       **Defendant.**

### ORDER RE: JOINT MOTION TO LIFT STAY AND TRANSFER

THIS MATTER, having come before the Court on the parties' Joint Motion to Lift Stay and Transfer (ECF No. 38), the Court having reviewed the motion and otherwise being fully advised, GRANTS Plaintiff's Motion (ECF No. 38) and ORDERS as follows:

1. The stay on this matter is terminated and lifted; and

2. This action is transferred to the Southern District of Ohio.

Dated this 19th day of September 2024.

_____
Charlotte N. Sweeney
United States District Court Judge